UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTCHESTER EXPORT CAPITAL LLC,

        Plaintiff,

– against –

WI AUTOMOTIVE T.R.U.S.T., LEASE, REGISTRATION, AND CONSULTING LLC d/b/a TIMELESS AUTO GROUP WI, TEDMUND WAYNE BLANKSCHEIN, ALBERT ("ALEX") GOLANT, and 51 AUTOMOBILES WITH VEHICLE IDENTIFICATION NUMBERS 4JGDF6EE8HA860396, SALGS2VF9GA282962, SALGS2VF9GA278927, SALGS2VF2GA276663, 4JGDF6EE7HA869736, 4JGDF6EE5HA858332, SALGS2VF6GA279209, 4JGDF6EE9HA882679, ZN661XUS0HX215634, ZN661XUL5HX237654, ZN661XUS5HX234891, ZN661XUL3HX237653, ZN661XUL1HX237652, 4JGDF6EE2HA895533, 4JGDF6EE0HA914709, 4JGDF6EE1HA922656, 4JGDF6EE9HA913574, 4JGDF6EE9HA928186, ZN661YUS1HX236093, 4JGDF6EE8HA930690, ZN661YUS9HX237265, ZN661YUS4HX230577, ZN661YUS3HX234961, 4JGDF6EE3HA928684, 4JGDF6EE5HA927889, 4JGDF6EE0HA932286, 4JGDF6EE6HA927707, 4JGDF6EE6HA930512, 4JGDF6EEXHA832747, 4JGDF6EE6HA934804, 4JGDF6EE9HA933808, SALGS2FV0HA335412, ZAM56RRA1H1206160, ZAM56RRA5H1206159, ZAM56RRA6H1217347, ZAM56RRA8H1238135, 4JGDF6EEXHA945417, 4JGDF6EE5HA935300, 4JGDF6EE2HA944262, 4JGDF6EE4HA923655, ZAM56RRA9H1199104, ZAM56RRA2H1199154, ZAM56RRAXH1213687, ZAM56RRA4H1199155, ZAM56RRA0H1199105, ZAM56RRA7H1199151, ZAM56RRAXH1204276, ZAM56RRA9H1199152, ZAM56RRA7H1199148, ZAM56RRA6H1199108, and ZAM56RRA3H1204278,

        Defendants.



Civil Action No. 17-cv-3368 (CS)

[PROPOSED]
**DEFAULT JUDGMENT**

{00087974 1 }

Case 7:17-cv-03368-CS-JCM Document 36 Filed 02/21/18 Page 2 of 3

This action having been commenced May 5, 2017, by plaintiff Westchester Export Capital LLC ("Plaintiff") with the filing of the Summons and Complaint (Doc. #1.); and a copy of the Summons and Complaint having been served on defendants WI Automotive T.R.U.S.T., Lease, Registration, and Consulting LLC d/b/a Timeless Auto Group WI ("Timeless") and Tedmund Wayne Blankschein on May 8 and 9, 2017 (Docs. #14, 15), and proof of such service thereof having been filed on ~~5/10/17~~ 6/19/17 (Doc. 23); and a copy of the summons and complaint having been served on defendant Albert "Alex" Golant on May 8, 2017 (Doc. #14), and proof of such service thereof having been filed on 6/13/17 (Doc. 22);

And the Defendants having failed to answer or otherwise respond to the Complaint; and the time for answering the Complaint having expired;

And the Clerk of the Court having entered a Certificate of Default against Defendants on July 6, 2017 (Doc. #27);

And Plaintiff having sought, and, on 1/17/18, the Court having entered an Order to Show Cause directing Defendants to show cause why an order should not be issued granting Plaintiff a default judgment (Doc. 33); and said Order to Show Cause having been served on 1/18/18 (Doc. 34),

And the Order to Show Cause hearing having been held on 2/21, 2018, at 4:15 pm, and Defendants having failed to appear at that hearing, it is

ORDERED, ADJUDGED AND DECREED: That judgment on liability will enter for the Plaintiff against Defendants, jointly and severally, and that an inquest regarding Plaintiff's damages shall be held by Magistrate Judge McCarthy, who will set the schedule ~~on the papers, and that it is~~ further

ORDERED that Plaintiff shall file papers in support of its claim for damages by _____, 2018; and it is hereby further

ORDERED that any Defendants' response to Plaintiff's claim for damages, if any, shall be filed by _____, 2018; and it is hereby further

{00087974 1 }  2

ORDERED that any reply in further support of Plaintiff's claim for damages shall be filed by _____ ~~, 2018.~~

SO ORDERED.

Dated: __2/21__, 2018
White Plains, NY

SO ORDERED.

_____
HON. CATHY SEIBEL
United States District Judge

{00087974 1 }